(Republished)

■ LILLIAN HOROWITZ et al., Respondents, v CITY OF NEW YORK, Appellant. — Judgment, Supreme Court, New York County, entered on December 3, 1979, unanimously modified, on consent, to reduce plaintiff-respondent husband's

judgment to the amount contained in the *ad damnum* clause, and otherwise affirmed, without costs and without disbursements. The order of this court entered on November 18, 1980 is vacated. No opinion. Concur — Kupferman, J. P., Birns, Fein, Ross and Bloom, JJ.